UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GREGORY LAMONT WOOTEN | § | |
| | § | |
| | § | |
| v. | § | C.A. NO. C-05-480 |
| | § | |
| JOE D. DRIVER, WARDEN | § | |

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

On December 28, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 9). Objections were timely filed (D.E. 11). Having reviewed *de novo* the Magistrate Judge's memorandum and recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, plaintiff's petition (D.E. 1) is summarily dismissed.

ORDERED this    30    day of    January   , 2006.

_____
HAYDEN HEAD
CHIEF JUDGE